# Order

**Michigan Supreme Court**
**Lansing, Michigan**

September 9, 2010

140222(25)

Marilyn Kelly,
Chief Justice

Michael F. Cavanagh
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman
Diane M. Hathaway
Alton Thomas Davis,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
   Plaintiff-Appellee,

v

AARON NICHOLAS HERNANDEZ,
   Defendant-Appellant.

SC: 140222
COA: 293425
Wayne CC: 08-004412

_____/

   On order of the Court, the motion for reconsideration of this Court's June 28, 2010 order is considered, and it is DENIED, because it does not appear that the order was entered erroneously.



   I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

September 9, 2010   _____
              Clerk

p0830